UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MANUEL PACHECO | ) | |
| | ) | |
| V. | ) | C.A. No. 11-419L |
| | ) | |
| ASHBEL T. WALL | ) | |

O R D E R

The Report and Recommendation of Magistrate Judge Lincoln D. Almond, dated December 2, 2011, hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, the petitioner's application for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, hereby is denied and dismissed.


ENTER:


/s/Ronald R. Lagueux
Ronald R. Lagueux
U.S. District Judge
January 18, 2012